```
                                               FILED
                                         U.S. DISTRICT COURT
                                           SAVANNAH DIV.
```

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA  2016 FEB 24  AM 11: 37
SAVANNAH DIVISION

```
                                         CLERK_____
IN RE: REQUEST                    )       SO. DIST. OF GA.
FOR INTERNATIONAL JUDICIAL        )
ASSISTANCE FROM THE LOCAL         )  CASE NO. MC415-002
COURT OF AMBERG, GERMANY          )
                                  )
_____  )
```

## O R D E R

Before the Court is the Government's Motion to Transfer. (Doc. 8.) In this motion, the Government notes that upon filing this case, it believed Mr. Robert Williams resided in Savannah, Georgia and venue to be proper pursuant to 28 U.S.C. § 1782. However, it has now come to light that Mr. Williams resides near Atlanta, Georgia. (Doc. 8.) As a result, the Government now seeks a transfer of this case to the Northern District of Georgia pursuant to 28 U.S.C. § 1404(a), which provides that a district court may transfer a civil action to another district for the convenience of the parties and witnesses and in the interest of justice. (Id. at 2.) Because a proceeding pursuant to 28 U.S.C. § 1782 is appropriate only when "the person from whom discovery is sought . . . reside[s] or [is] found in the district of the district court ruling on the application for assistance," venue is not proper in this district. Accordingly, the Government's motion is **GRANTED** and the Clerk of Court is **DIRECTED** to **TRANSFER** this case to the

United States District Court for the Northern District of Georgia, Atlanta Division. Upon transfer, the Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 24th day of February 2016.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA